**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVORY JOE VALENTINE,                            No. C 15-5993 WHA (PR)

        Petitioner,                          **ORDER AMENDING OF TRANSFER**

  v.

SPEARMAN, Warden,

        Respondent.
_____/

      The Order of Transfer, dated February 2, 2016 (dkt. no. 5) is AMENDED as follows: the case number in the caption is changed from No. C 15-5933 WHA to No. C 15-5993 WHA.

      **IT IS SO ORDERED.**

Dated: February ___8___, 2016.          _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE